ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

FILED IN OPEN COURT

FILED
FEB 25 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

RECEIVED UNITED STATES MARSHAL
2022 FEB 23 P 3:01
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

United States of America
v.
Carlos Ulises Santos-Navarro
a/k/a "Los"

Defendant

Case No. 2:22cr15-2

FIO 11093083

HSI

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Carlos Ulises Santos-Navarro                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 & 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

Date:    02/23/2022

*Issuing officer's signature*

City and state:    Norfolk, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/23/22, and the person was arrested on *(date)* 2/25/22
at *(city and state)* VA Beach, VA.

Date: 2/25/22

*Arresting officer's signature*

Eric Jones HSI/SA
*Printed name and title*