**ORIGINAL**

AO 442 (Rev. 11/11) Arrest Warrant

FILED IN OPEN COURT
FEB 25 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Christian Gage Puente a/k/a "Loco" | ) Case No. 2:22cr15 |
| | ) FID 11390996 |
| | ) HSI |
| Defendant | ) |

SEALED

2022 FEB 23 P 3:01
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
RECEIVED UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christian Gage Puente

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 & 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

Date: 02/23/2022

*Issuing officer's signature*

City and state: Norfolk, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/23/22, and the person was arrested on *(date)* 2/25/22
at *(city and state)* VA Beach, VA

Date: 2/25/22

*Arresting officer's signature*

Eric Jones HSI/SA
*Printed name and title*