ORIGINAL

SEALED

FILED
IN OPEN COURT

AO 442 (Rev. 11/11) Arrest Warrant

**MAR 1 8 2022**

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | )
|---|
| v. | )
| Candice Marie Rountree | )
| a/k/a "Cherry" | )
| | )
| | )
| _Defendant_ | )

Case No.  2:22cr15-3

FILED 11391108

RECEIVED
UNITED STATES MARSHAL
2022 FEB 23  P 3: 01
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_      Candice Marie Rountree                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

 T.21:846 & 841(a)(1)  - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

Date:        02/23/2022

_Issuing officer's signature_

City and state:      Norfolk, VA

Douglas E. Miller, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 2-23-22 , and the person was arrested on _(date)_ 3-18-22 at _(city and state)_ Norfolk, VA . |
| Date: 3-18-22                    HSI Arrest - SA George Fox<br>_Arresting officer's signature_<br><br>Deputy US Marshal A. Lodet<br>_Printed name and title_ |